Mr. Justice Higbee delivered the opinion of the court.

---

Arabel Wilson, appellee, v. East St. Louis & Suburban Railway Company, appellant.*

Action for personal injuries in collision between railway cars. Judgment for plaintiff.     Appeal from the Circuit Court of Madison

---

* Received from clerk of Appellate Court, August 8, 1927.

county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed March 10, 1924.

Burroughs & Ryder, for appellant.    Geers & Geers, for appellee.

Mr. Justice Higbee delivered the opinion of the court.